CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

> Plaintiff's request at Dkt. No. 6 is **GRANTED**. The below amended briefing schedule set forth below is **ADOPTED**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 6.
>
> SO ORDERED.    June 23, 2026
>
> _____
> SARAH L. CAVE
> United States Magistrate Judge

June 22, 2026

Via ECF
Hon. Sarah L. Cave
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    Taylor v. SSA
       26 Civ. 02334 (SLC)

Dear Judge Cave:

I am writing to request an extension of time in which to file plaintiff's Brief in this case. Plaintiff's papers are due to be filed today, June 22, 2026 based on the filing of the certified administrative record on May 21, 2026.

Due to a unexpected administrative case docket matters, multiple deadlines, and family issues around graduation season, I am unable to prepare Ms. Taylor's case by today, which, at over 2,600 pages, is one of the lengthier records I have dealt with of late. With the kind consent of opposing counsel, Kristina Cohn, I respectfully request an extension of time and respectfully ask the Court to adopt the following revised briefing schedule:

| | |
|---|---|
| August 5, 2026 | Plaintiff' Brief |
| October 5, 2026 | Defendant's Brief |
| October 19, 2026 | Plaintiff's Reply |

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

Cc:    Kristina Cohn, Esq.
       Attorneys for defendant