UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*****************************

JASMINE TAYLOR,

Plaintiff,

v.

FRANK BISIGNANO
COMMISSIONER
OF SOCIAL SECURITY,

Defendant.
******************************

Civil Action No. 26-2334

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

This matter having been opened to the Court by JAMES M. MCDONALD, United States Attorney for the Southern District of New York, and Kristina Cohn, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken, a new hearing will be offered, and a new decision will be issued; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 29th day of September , 2026 ;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Entry of a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure will be separately issued.

The undersigned hereby consent to the form and entry of the within order.

JAMES M. MCDONALD
United States Attorney

By: /s Kristina Cohn

Kristina Cohn
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone: 212-264-2179
Email: kristina.cohn@ssa.gov

SO ORDERED. September 29, 2026

SARAH L. CAVE
United States Magistrate Judge

LAW OFFICE OF CHRISTOPHER J. BOWES

By:

Christopher Bowes
Attorney for Plaintiff
54 Cobblestone Dr.
Shoreham, NY 11786
Phone: 212-979-7575
Email: chris@cedarlaw.org